

U.S. Department of Justice

United States Attorney
Southern District of New York

*USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/07*

*86 Chambers Street, 3d Floor
New York, New York 10007*

August 29, 2007

BY FACSIMILE
The Honorable Loretta A. Preska
United States District Judge
Daniel Patrick Moynihan United
 States Courthouse
500 Pearl Street, Room 1320
New York, NY 10007

Re:  Tennyson v. Gonzales, 07 Civ. 6121 (LAP)

Dear Judge Preska:

We write respectfully to request a 30-day extension of time from September 4, 2007, to October 4, 2007 for the Government to file its answer or a pre-answer motion in the above-referenced matter. According to his complaint, plaintiff seeks the expungement of a certain, allegedly incorrect entry in his criminal history record. We request this additional period of time because the parties are attempting to resolve the matter. This is the Government's first request for an extension of time to file its answer or a pre-answer motion. Counsel for the plaintiff, Robert Erlanger, Esq., consents to this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
for the Southern District of New York

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

August 30, 2007

By: _____
ANDREW M. McNEELA
Assistant United States Attorney
Telephone: (212) 637-2741

cc:  BY FACSIMILE
Robert Erlanger, Esq.