PRESKA, J

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/07
```

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant
By: ANDREW M. McNEELA
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone No. (212) 637-2741
Facsimile No. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x

MICHAEL GERARD TENNYSON,

    Plaintiff,

-against-

ALBERTO R. GONZALES, as Attorney
General of the United States

    Defendant.

------------------------------ x

07 Civ. 6121 (LAP)

ECF Case

**STIPULATION AND ORDER
OF VOLUNTARY DISMISSAL
WITH PREJUDICE**

    WHEREAS on or about June 29, 2007, plaintiff, Michael Tennyson, commenced the above-captioned action against Alberto R. Gonzales, United States Attorney General ("the Government"), in the United States District Court for the Southern District of New York, seeking to expunge certain information from his criminal history record;

    WHEREAS, the parties have amicably resolved the matter; and

    WHEREAS the parties wish to discontinue this action;

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among plaintiff and the Government, by their respective counsel, as follows:

    1.    All of Plaintiffs' claims against the Government herein are dismissed with prejudice and without costs or attorney's fees to any party; and

2. The parties understand and agree that this stipulation contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: New York, New York
September /8 2007

OFFICES
LAW FIRM OF
ROBERT K. ERLANGER, ESQ.

By: _____
ROBERT K. ERLANGER, ESQ.
1170 Broadway, Suite 1206
New York, NY 10001
Telephone: (212) 686-8045

Dated: New York, New York
September 20, 2007

MICHAEL J. GARCIA
United States Attorney for the Southern
District of New York
Attorney for Defendant

By: _____
ANDREW M. McNEELA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York NY 10007
Telephone: (212) 637-2741

SO ORDERED.

Dated: New York, New York
_____, 2007

_____
HON. LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

_____
LORETTA A. PRESKA, U.S.D.J.

2